# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHAEL B. STUCKEY,** ) | |
| ) | |
| **Petitioner/Defendant,** ) | |
| ) | **CIVIL NO. 05-cv-4209-JPG** |
| vs. ) | |
| ) | **CRIMINAL NO. 99-cr-40035** |
| **UNITED STATES of AMERICA ,** ) | |
| ) | |
| **Respondent/Plaintiff.** ) | |

### JUDGMENT

This action came before the Court for a ruling on Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the motion is **DENIED**, and this action is summarily **DISMISSED**. Judgment is entered in favor of Respondent and against Petitioner. Petitioner is to take nothing from this action.

| | | |
|---|---|---|
| November 29, 2005 | By: | s/ J. Phil Gilbert |
| *Date* | | *District Judge* |