IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHAEL B. STUCKEY,** ) | |
| ) | |
|    **Petitioner/Defendant,** ) | |
| ) | **CIVIL NO. 05-cv-4209-JPG** |
| **vs.** ) | |
| ) | **CRIMINAL NO. 99-cr-40035** |
| **UNITED STATES of AMERICA ,** ) | |
| ) | |
|    **Respondent/Plaintiff.** ) | |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

Before the Court is Petitioner's notice of appeal (Doc. 4). Implicit in that document is a request for issuance of a certificate of appealability. Pursuant to 28 U.S.C. § 2253, a certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right."

The notice of appeal does not identify any grounds for this Court to issue a certificate of appealability. In fact, the notice of appeal does not even mention a certificate of appealability. In reviewing the record of this case, the Court finds that Petitioner has not made "a substantial showing of the denial of a constitutional right." Accordingly, the Court **DECLINES** to issue a certificate of appealability.

  **IT IS SO ORDERED.**

  **Dated: February 3, 2006**

                        **s/ J. Phil Gilbert**
                         **U. S. District Judge**